Rufus M. Choate, Appellant, v. George S. Bebee, Respondent.— Order modified by imposing as a condition of the new trial that the defendant pay to the plaintiff the trial fee and the disbursements on the trial, to be taxed by the clerk and also ten dollars motion costs, all to be paid within ten days after notice of the taxing of the disbursements, and as so modified affirmed, without costs of this appeal to either party. All concurred.

Charles Fox, Respondent, v. Niagara Gypsum Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Hammond Funsoosten, Plaintiff, v. Summit Foundry Company, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.

Peter Karaczkowski, Respondent, v. The Merchants and Shippers' Warehouse Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Ella Phillips, Appellant, v. Rena Phillips, Respondent.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Philip Thompson and John O'Hara, Appellants.— Judgment and orders affirmed. All concurred.

John N. Preston, as Administrator, etc., of Willard G. Preston, Deceased, Appellant, v. The Pennsylvania Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Mary Braun, as Administratrix, etc., of Conrad W. Braun, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment and order affirmed, with costs. All concurred.

Frank A. Lobee, Respondent, v. International Railway Company, Appellant. — Judgment affirmed, with costs. All concurred.

Carl Brandes, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Phillip I. Nash and Joseph Nash, Respondents, v. The Thousand Island Steamboat Company and The St. Lawrence River Steamboat Company, Appellants.— Judgment and order affirmed, with costs, upon the opinion of this court on former appeal in same case, reported at 123 Appellate Division, 148. All concurred.

George L. Knight, Respondent, v. The City of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.